IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KWANE DOZIER,                                          *

             Plaintiff,                              *

v.                                                               Case No.  5:25-cv-00244-TES-ALS

                                           *

GEORGIA DEPARTMENT OF
CORRECTIONS,                                           *

             Defendant.                            *

_____

## **J U D G M E N T**

    Pursuant to this Court's Order dated 2/25/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

    This 26th day of February, 2026.

                          David W. Bunt, Clerk


                          s/ Erin Pettigrew, Deputy Clerk